```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-04985-RNO
Dawn Kathleen Johannesson                                           Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini             Page 1 of 1         Date Rcvd: Jan 25, 2018
                             Form ID: pdf010            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
```
db            +Dawn Kathleen Johannesson,    2745 Kingston Road,    York, PA 17402-3704
4998823       +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4998827       +MR. COOPER,    8950 CYPRESS WATERS BLVD.,    COPPELL, TX 75019-4620
4998825       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4998824       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4998829        UDREN LAW OFFICES, P.C.,    MARK J. UDREN, ESQ.,    111 WOODCREST ROAD, SUITE 200,
                CHERRY HILL, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4998826         E-mail/Text: cio.bncmail@irs.gov Jan 25 2018 19:07:56     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4998822*      +DAWN KATHLEEN JOHANNESSON,    2745 KINGSTON ROAD,    YORK, PA 17402-3704
4998828       ##NATION STAR MORTGAGE,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Dawn Kathleen Johannesson lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DAWN KATHLEEN -JOHANNESSON<br>    Debtor<br><br>DAWN KATHLEEN- JOHANNESSON<br>    Movant<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC ; MR. COOPER; PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES; SPRINGETTSBURY TOWNSHIP; CHARLES J. DEHART, III, ESQUIRE CHAPTER 13 TRUSTEE,<br>    Respondents | Chapter 13<br><br>Case No. 1:17-bk-04985-RNO<br><br>11 U.S.C. § 363(f)(1) |

ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL
OF SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of the Debtor's Expedited Motion for Sale Free and Clear of Liens (2745 Kingston Road, York, PA), after hearing held on January 25, 2018, it is

ORDERED that the Motion is GRANTED and, effective immediately, the Debtor is permitted to sell the Property located at 2745 Kingston Road, York, Pennsylvania 17402 to John Lakatosh. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances to be paid at settlement pursuant to the terms and conditions set forth in Debtor's Motion and Notice to Creditors

It is Further Ordered that the sale is approved pursuant to 11 U.S.C. § 363(m) and that the purchase is a good faith purchase.

Dated: January 25, 2018

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

{01408434/1}