Certificate Number: 16339-PAM-DE-030535671

Bankruptcy Case Number: 17-04985



16339-PAM-DE-030535671

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2018, at 1:07 o'clock AM EST, Dawn Johannesson completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 6, 2018　　By: /s/Kelley Tipton

　　　　　　　　　　　　　Name: Kelley Tipton

　　　　　　　　　　　　　Title: Certified Financial Counselor