```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-04985-RNO
Dawn Kathleen Johannesson                                           Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1      User: CGambini            Page 1 of 1           Date Rcvd: Feb 12, 2018
                          Form ID: pdf010           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
```
db             +Dawn Kathleen Johannesson,    2745 Kingston Road,    York, PA 17402-3704
4998823        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4998827        +MR. COOPER,    8950 CYPRESS WATERS BLVD.,    COPPELL, TX 75019-4620
4998825        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4998824        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4998829         UDREN LAW OFFICES, P.C.,    MARK J. UDREN, ESQ.,    111 WOODCREST ROAD, SUITE 200,
                 CHERRY HILL, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4998826         E-mail/Text: cio.bncmail@irs.gov Feb 12 2018 19:10:07      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4998822*       +DAWN KATHLEEN JOHANNESSON,    2745 KINGSTON ROAD,    YORK, PA 17402-3704
4998828        ##NATION STAR MORTGAGE,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Dawn Kathleen Johannesson lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
: 
DAWN KATHLEEN - JOHANNESSON : Case No. 1:17-bk-04985-RNO
Debtor :
: Chapter 13
:

## ORDER GRANTING MOTION TO AMEND ORDER APPROVING THE SALE OF REAL ESTATE FREE AND CLEAR OF LIENS

UPON CONSIDERATION of the Motion to Amend the Order Approving the Sale of Real Estate Free and Clear of Liens, (2745 Kingston Road, York, PA) after hearing held on January 25, 2018 it is

ORDERED that the Motion is GRANTED and, effective immediately, the Debtor is permitted to sell the property located at 2745 Kingston Road, York, Pennsylvania 17402 to John Lakatosh entered to docket number 29 on January 25, 2018 is hereby amended to state that that the Buyer of the property is changed from John Lakatosh to A-LAK Real Estate Holdings, LLC. This sale is to be free and clear of liens and encumbrances, the liens and encumbrances to be paid at settlement pursuant to the terms and conditions set forth in the Debtor's Motion and Notice to Creditors

It is Further Ordered that the sale is approved pursuant to 11 U.S.C. § 363 (m) and that the purchase is a good faith purchase.

Dated: February 12, 2018                By the Court,

                                        _____
                                        Robert N. Opel, II, Chief Bankruptcy Judge (BI)

{01423995/1}