United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Dawn Kathleen Johannesson  
    Debtor

Case No. 17-04985-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Jun 11, 2018  
                 Form ID: pdf010    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
```
db              +Dawn Kathleen Johannesson,    2775 Carnegie Road,   Apt T-1 Building 5,   York, PA 17402-3770
4998822         +Dawn- Kate Johannesson,    2775 Carnegie Road  Apt. T-1, Building 5,   York, PA 17402-3770
4998823         +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,   YORK, PA 17401-1132
4998827         +MR. COOPER,    8950 CYPRESS WATERS BLVD.,    COPPELL, TX 75019-4620
5022445         +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
4998825         +PA DEPARTMENT OF REVENUE,    PO BOX 281061,   HARRISBURG, PA 17128-1061
4998824         +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4998829          UDREN LAW OFFICES, P.C.,    MARK J. UDREN, ESQ.,    111 WOODCREST ROAD, SUITE 200,
                  CHERRY HILL, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4998826          E-mail/Text: cio.bncmail@irs.gov Jun 11 2018 19:10:13     INTERNAL REVENUE SERVICE,
                  CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4998828        ##NATION STAR MORTGAGE,    350 HIGHLAND DR,   LEWISVILLE, TX 75067-4177
                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2018                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Dawn Kathleen Johannesson lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAWN K. JOHANNESSON

CHAPTER 13

CASE NUMBER 1:17-bk-04985

DEBTORS' MOTION TO DISMISS

ORDER DISMISSING
CHAPTER 13 BANKRUPTCY

UPON CONSIDERATION OF a review of the Motion to Dismiss filed by the Debtor seeking to have the within Chapter 13 Bankruptcy dismissed, it is hereby

ORDERED that the case is dismissed

Dated: June 11, 2018

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

{01481002/1}